

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2021

No. 04-20-00340-CV

**IN THE INTEREST OF A.R., JR., A CHILD,**

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 18-03-14124-ZCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

    Appellant's motion for an extension of time to file his brief is GRANTED as follows. Appellant's brief is due on or before **March 3, 2021**.

_____
Irene Rios, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

